UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAQUILLE STIGER                                                PLAINTIFF
#660656

V.                       No. 4:19CV00507-JM-JTR

NEAL, Lieutenant; and
PAGE, Sergeant,
Faulkner County Sheriff Office                                 DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 20th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE